STUART H. FINKELSTEIN, ESQ.

FINKELSTEIN LAW GROUP, PLLC
338 Jericho Turnpike
Syosset, New York 11791
(718) 261-4900

February 6, 2019

By ECF to all

Judge George B. Daniels
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 11A
New York, New York 10007

Re: Antonin vs. Brue, et al
Case No.: 1:18-cv-11070

Dear Judge Daniels,

Respectfully, I represent Plaintiff Mr. Antolini and I write in response to defendants' "final extension of time to respond" to Plaintiff's Complaint.

This is the defendants second request for an extension of time which would lead to some 81 days of stonewalling the prosecution of this case. In his first request he wrote to the Court that "he wanted to prepare complete responses to the Complaint", among others. That never happened.

However, this latest request is based on fraudulent claims and disingenuous contentions. It is apparent to me that counsel desires to obviate the need for courthouses, Judges, juries and lawyers by his actions to date. He goes on to say that "Plaintiff's counsel has not contested that remediation has occurred, nor has he offered a rebuttal report indicating that remediation is unsatisfactory"! Forgive me your Honor, but I don't know what he's talking about. Incredibly, absolutely no Discovery has taken place, as issue has not yet been joined.

He goes on to say that I haven't been reasonable and again, I don't understand on what set of happenings that is based on.

STUART H. FINKELSTEIN, ESQ.

I implore the Court to please let me get this case moving so that we can achieve ADA compliance at a facility that is replete with substantial violations of the Americans With Disabilities Act.

Thanking the Court for your time, I remain,

Very truly yours,

Stuart H. Finkelstein

SHF/tc