UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DINO ANTOLINI,                                    Case No.: 18-cv-11070

                Plaintiff,

     -against-                                   VOLUNTARY DISMISSAL

EDWARD BRUE, 184 WEST 10TH STREET CORP.,
SETH COHEN, ADAM ELZER, DAVID RODOLITZ,
AMAR LALVANI and ALEXANDER STUPAK,

                Defendants.
------------------------------------------------------------X

**WHEREAS**, no Answer, and no Motion for summary judgment has been filed by any of the defendants and,

**WHEREFORE**, Plaintiff hereby agrees to voluntarily dismiss this action as to all defendants, pursuant to Rule 41(a)(1)(A)(i) of the Fed. R. Civ. P. and requests that the Clerk enter this dismissal pursuant to Rule 41(a)(1)(A)(i) of the Fed. R. Civ. without an order of the Court. Each party shall bear his or its own attorney's fees and costs.

Dated: Syosset, New York
        February 17, 2019

                                      Stuart H. Finkelstein, Esq.
                                      338 Jericho Turnpike
                                      Syosset, New York 11791
                                      (718) 261-4900