Case 1:18-cv-11070-GBD  Document 26  Filed 02/19/19  Page 1 of 1

Case 1:18-cv-11070-GBD  Document 25  Filed 02/17/19  Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

DINO ANTOLINI,

                Plaintiff,

      -against-

EDWARD BRUE, 184 WEST 10TH STREET CORP.,
SETH COHEN, ADAM ELZER, DAVID RODOLITZ,
AMAR LALVANI and ALEXANDER STUPAK,

                Defendants.
-----------------------------------------------------------X



Case No.: 18-cv-11070

VOLUNTARY DISMISSAL

**SO ORDERED:**

George B. Daniels, U.S.D.J.

Dated: FEB 1 9 2019

**WHEREAS,** no Answer, and no Motion for summary judgment has been filed by any of the defendants and,

**WHEREFORE,** Plaintiff hereby agrees to voluntarily dismiss this action as to all defendants, pursuant to Rule 41(a)(1)(A)(i) of the Fed. R. Civ. P. and requests that the Clerk enter this dismissal pursuant to Rule 41(a)(1)(A)(i) of the Fed. R. Civ. without an order of the Court. Each party shall bear his or its own attorney's fees and costs.

Dated: Syosset, New York
       February 17, 2019

Stuart H. Finkelstein, Esq.
338 Jericho Turnpike
Syosset, New York 11791
(718) 261-4900